UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD RICHARD CHURCHILL, ) ) Petitioner, ) ) VS. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | CIVIL ACTION NO. 3:07-CV-0347-G **ECF** |

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 10, 2007.

_____
A. JOE FISH
CHIEF JUDGE